UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-182-F

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| MOUNTAIRE FARMS, INC., ) | |
| d/b/a MOUNTAIRE FARMS OF ) | |
| NORTH CAROLINA CORP, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Equal Employment Opportunity Commission's Notice of Restoration of Funding [DE-8]. The EEOC's notice indicates that its funding has been restored and the stay of this litigation imposed on October 3, 2013, can be lifted. Accordingly, it is hereby ORDERED that the stay in this matter [DE-7] is LIFTED.

SO ORDERED.

This the 21st day of October, 2013.

JAMES C. FOX
Senior United States District Judge