IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:13-cv-182

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |
| MOUNTAIRE FARMS, INC. d/b/a MOUNTAIRE FARMS OF NORTH CAROLINA CORP., | ) ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff Equal Employment Opportunity Commission and Defendant Mountaire Farms, Inc. d/b/a Mountaire Farms of North Carolina Corp., by counsel, move the Court to enter a Consent Decree in this action. The Consent Decree has been agreed upon by the parties and is submitted herewith. The undersigned certifies that Defendant's counsel consents to the filing of this Motion.

This the 25th day of November, 2013.

Respectfully Submitted,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

LYNETTE A. BARNES
Regional Attorney

RANDALL HUGGINS
Supervisory Trial Attorney

/s/ Katherine A. Zimmerman
KATHERINE A. ZIMMERMAN
Trial Attorney
Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601-1701
katherine.zimmerman@eeoc.gov
Phone: (919) 856-4148
Fax: (919) 856-4156
N.C. State Bar No. 36393

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I electronically filed the foregoing document (with exhibit(s) and proposed order(s), if any) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

M. Lee Daniels, Jr.
Wimberly Lawson Daniels & Fisher, LLC
Overlook Executive Park
109 Laurens Road
Building 4, Suite A
Greenville, SC 29607-1860
mldjr@wldf-law.com

J. Larry Stine
Elizabeth K. Dorminey
Wimberly, Lawson, Steckel,
Schneider & Stine, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, GA 30326
jls@wimlaw.com
*Attorneys for Defendant*

This the 25th day of November, 2013.

/s/ Katherine A. Zimmerman
KATHERINE A. ZIMMERMAN
Trial Attorney
Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601-1701
katherine.zimmerman@eeoc.gov
Phone: (919) 856-4148
Fax: (919) 856-4156
N.C. State Bar No. 36393